# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**George Ysidro Sperle**; DOB: 1967; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07196MJ |

Complaint for violation of Title 8 United States Code §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about April 18, 2021, in the District of Arizona, **George Ysidro Sperle**, named herein as defendant and conspirator, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about April 18, 2021, in the District of Arizona, **George Ysidro Sperle**, knowing and in reckless disregard of the fact that certain illegal aliens had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 18, 2021, at approximately 6:05 a.m., Border Patrol Agents (BPAs) working highway duties observed a white 2021 Chrysler Pacifica traveling eastbound on Hereford road, just west of Palominas road. As the vehicle approached the BPAs location, the BPA noticed an older white male driving and a young Hispanic male in the passenger seat. As the vehicle passed the BPAs location, the BPA also noticed that the back of the vehicle looked to be sitting heavy and had California plates. The BPA decided to catch up to the vehicle for further investigation. Once the BPA caught up to the vehicle, the BPA was able to see that there was also a passenger in the rear seat. The driver then turned northbound onto Ranch road. The BPA ran records checks on the vehicle and learned that the Chrysler Pacifica was a rental vehicle. As the BPA followed the vehicle, he saw the driver begin to turn onto Larson road but then quickly turned back onto Ranch road which led the BPA to believe that the driver was unfamiliar with the area. The BPA then decided to conduct a vehicle stop to perform an immigration inspection on the passengers of the vehicle. As the BPA approached the driver side door, the BPA noticed four male subjects laying in the back-cargo area of the Pacifica, a female subject in the rear passenger seat and a male subject in the front passenger seat. The BPA then spoke with the driver, identified as **George Ysidro SPERLE** and asked him where they were headed to which **SPERLE** stated that they were headed to his buddy's house. The BPA the removed **SPERLE** and detained him while he conducted an immigration inspection on the six other occupants. All six passengers admitted to being citizens of Mexico without the proper documentation to enter, pass through or remain in the United States legally.

After waiving his *Miranda* rights, **SPERLE** stated that he overheard two men talking about driving unknown people to Tucson or Phoenix for large cash payments. Due to financial issues **SPERLE** is having, he inquired about this activity. **SPERLE** was then contacted by a man on April 17, 2021 and was told that he could pick up four subjects near highway 92 and Hereford road. **SPERLE** stated he was going to be paid $2,400 for picking them up and transporting them to Tucson, Arizona. **SPERLE** then drove to a predetermined location and picked up six individuals dressed in camouflage. **SPERLE** stated he knew they were undocumented or illegal aliens.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>   Being duly sworn, I declare that the foregoing is<br>   true and correct to the best of my knowledge.<br>AUTHORIZED BY:   AUSA JAA/pl | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent<br>Pedro Leon |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE<br>*/s/ Jacqueline M. Rateau* | DATE<br>April 19, 2021 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54